X
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ROGELIO HERNANDEZ-ALVAREZ, | ) | CASE NO. 4:12-cv-2451 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action.  Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).  In this case, the fourteen-day period has elapsed and no objections have been filed nor has any extension of time been sought.  The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's report and recommendation. The Court notes that plaintiff is no longer an inmate at the Giles Correctional Facility in Post, Texas,

as stated in the report and recommendation. Plaintiff has filed a notice of change of address and is no longer imprisoned. (Doc. No. 12.) With that exception, the Court adopts the Magistrate Judge's report and recommendation. Accordingly, for the reasons set forth in the report and recommendation, the defendant's motion to dismiss is GRANTED.

       **IT IS SO ORDERED**.

Dated: December 9, 2013

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**